# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 431 |
| | : | |
| REAPPOINTMENT TO THE MINOR | : | MAGISTERIAL RULES DOCKET |
| COURT RULES COMMITTEE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of December, 2018, Daniel G. Vitek, Esquire, Allegheny County, is hereby reappointed as a member of the Minor Court Rules Committee for a term of three years, commencing February 19, 2019.